

ORDERED in the Southern District of Florida on June 16, 2017.

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

JEFFREY P. WILLIAMS and
ANGELA M. WILLIAMS

Case No.: 17-10594-RBR
Chapter: 13

    Debtors.

## AGRED ORDER SUSTAINING
## OBJECTION TO CLAIM

This matter having been heard on June 15, 2017 at 1:00 PM upon the Debtors' *Objection to Claim* [E.C.F. 27], and this Court having considered the agreement of the Debtors and the Creditor, Wells Fargo Bank, N.A., and having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained.

| Claim No. | Name of Claimant | Disposition |
|---|---|---|
| POC #4 | Wells Fargo Bank, N.A. | Wells Fargo Bank's claim shall be treated as an allowed secured claim for the payoff amount of $122,915.89 at 5.25% (totaling $140,020.75). The monthly principal and interest payment is |

Page **1** of **2**

|  |  | $2,333.68. The monthly escrow payments in the amount of $553.50 shall also be paid to Secured Creditor through the Chapter 13 Plan and may be modified in accordance with Bankruptcy Rule 3002.1. |

###

**Submitted by:**
Eric N. Klein, Esq.
Klein Law Group, P.A.
4800 N. Federal Highway, Suite 307-B
Boca Raton, FL 33431
Tel. (561) 353-2800

**Attorney Klein is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certification of service with the Clerk of the Court pursuant to Local Rule 2002-1(F).**